**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DEBORAH A. GERVASE** **PLAINTIFF**

**v.** **NO. 4:25-cv-00987-PSH**

**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

# JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the defendant Social Security Administration.

IT IS SO ORDERED this 5th day of November, 2026.

UNITED STATES MAGISTRATE JUDGE